IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CECIL J. FOWLER,

    Plaintiff,

  vs.                                  CIV No. 1:17-00857-JCH/KRS

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

    Defendant.

## ORDER GRANTING EXTENSION

THIS MATTER having come before the Court upon Defendant's Unopposed Motion for Extension of Time (Doc. 11), it being stated that Plaintiff concurs in the granting of the motion, the Court having read the motion and being fully advised in the premises finds that there is good cause for granting the motion.

IT IS THEREFORE ORDERED that Defendant is granted through December 22, 2017, to file her answer or otherwise respond to Plaintiff's Complaint.

_____
KEVIN R. SWEAZEA
United States Magistrate Judge