IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CECIL J. FOWLER,

       Plaintiff,                              No. 1:17-cv-00857-JCH-KRS

v.

NANCY A. BERRYHILL, Acting Commissioner
of the Social Security Administration,

       Defendant.

## ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS

**THIS MATTER** comes before the Court upon Plaintiff's Motion to Proceed In Forma Pauperis with Financial Affidavit Pursuant to 28 U.S.C. § 1915 [Doc. No. 3]. Having reviewed the submissions the Court FINDS and CONCLUDES that Plaintiff's motion is well-taken and should be granted. In making this determination, the Court notes that Plaintiff has successfully established that he is unable to prepay the required filing fee and/or that so doing will cause him substantial hardship. *See* 28 U.S.C. § 1915(a)(1).

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion to Proceed In Forma Pauperis [Doc. No. 3] is hereby **GRANTED**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE