IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**CECIL J. FOWLER,**

        **Plaintiff,**

vs.                                    No. 1:17-CV-00857-JCH-KRS

**NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,**

        **Defendant.**

### ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME

THIS MATTER coming before the Court upon Plaintiff's Unopposed Motion for Extension of Time, it being stated that opposing counsel concurs in the granting of the Motion, and the Court having read the Motion and being fully advised of the premises,

IT IS THEREFORE ORDERED that Plaintiff is granted through March 1, 2018, to serve his Motion to Reverse and Remand Administrative Agency Decision with Supporting Memorandum.

IT IS FURTHER ORDERED that Defendant is granted through March 29, 2018 to serve her Response, and Plaintiff through April 19, 2018 to serve his reply.

                                          HONORABLE KEVIN R. SWEAZEA
                                          UNITED STATES MAGISTRATE JUDGE